UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED

MAR 16 2021

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) CAUSE NO.
)
DAVID TAYLOR, )
) 1:21-cr-0090 JMS-MJD
)
)
Defendant. )

## PENALTY SHEET

You have been charged in an Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) Possession with Intent to Distribute Controlled Substances | 5-40 years | Up to $1 million | NLT 3 years |
| 2 | 18 U.S.C. § 922(g)(1) Possession of a Firearm by a Convicted Felon | 0-10 years | $250,000 | NMT 3 Years |
| 3 | 18 U.S.C. § 922(g)(9) Possession of a Firearm by a Person Previously Convicted of a Misdemeanor Crime of Domestic Violence | 0-10 years | $250,000 | NMT 3 Years |
| 4 | 18 U.S.C. § 924(c)(1)(A) Carrying a Firearm During and in Relation to a Drug Trafficking Crime | 5 years - Life | $250,000 | NMT 5 years |

Dated: _____

_____
DAVID TAYLOR
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana